UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HOOD,

        Plaintiff,        CASE NO. 20-12953
v.                                     HON. DENISE PAGE HOOD

ARG RESOURCES, LLC,

        Defendant.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on July 19, 2022, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 19th day of July, 2022.

                                      KINIKIA D. ESSIX
                                      CLERK OF THE COURT

                                      BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE