# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 07, 2023

Ms. Carla Aikens
Law Office
615 Griswold Street
Suite 709
Detroit, MI 48226-3900

Mr. Brett Eric Coburn
Alston & Bird
1201 W. Peachtree Street, N.E.
Suite 4900
Atlanta, GA 30309

Re: Case No. 23-1038, *Gary Hood v. ARG Resources, LLC*
Originating Case No. : 2:20-cv-12953

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 23-1038

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

ORDER

GARY HOOD

    Plaintiff - Appellant

v.

ARG RESOURCES, LLC

    Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                        **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 07, 2023